[No. 41368-0-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD OLIVA
SALAVEA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 09-1-05694-5, Ronald E. Culpepper, J., entered
October 29, 2010. *Affirmed* by unpublished opinion per
Penoyar, J., concurred in by Quinn-Brintnall and Van
Deren, JJ.

[No. 41579-8-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY KIM WHITE,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 10-1-00767-1, James R. Orlando, J., entered
December 3, 2010. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Hunt, J., concurred
in by Armstrong and Penoyar, JJ.

[No. 41662-0-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER RAY
CANTRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 10-1-01130-9, Thomas Felnagle, J., entered
January 7, 2011. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 41830-4-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE E. WAGAR,
*Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01404-1, Christine A. Pomeroy, J.,
entered January 28, 2011. *Affirmed in part* and *remanded
with instructions* by unpublished opinion per Armstrong, J.,
concurred in by Hunt and Penoyar, JJ.